UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS DIAZ,

                Plaintiff,

v.

DAN PACHOLKE, *et al*.,

                Defendants.

Case No. C16-147-RAJ

ORDER DISMISSING ACTION

      The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby ORDERS:

      (1)    The Court adopts the Report and Recommendation.

      (2)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

      (3)    The Clerk is directed to send copies of this Order to plaintiff at his last known address and to Judge Donohue.

      DATED this 24th day of May, 2016.

*(signature: Richard A. Jones)*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 1